IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02963-REB-MJW

LABNET, INC.,

       Plaintiff,

v.

GEORGE HENDERSON LAW CORPORATION, and
THE LAW OFFICES OF GEORGE HENDERSON,

       Defendants.

---

ORDER GRANTING GEORGE HENDERSON'S
MOTION TO WITHDRAW AS COUNSEL
( Docket no. 17 )

---

THIS MATTER, coming to be heard pursuant to George Henderson's Motion to Withdraw as counsel for Defendants, George Henderson Law Corporation and The Law Offices of George Henderson, the Court having reviewed the Motion and being fully advised in the premises;

The Court hereby grants George Henderson's Motion to Withdraw as counsel for Defendants. The clerk of court shall terminate further CM/ECF notifications.

ORDERED this 3rd day of February, 2010.

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO